# United States District Court
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL COMPLAINT |
| v. | Case Number: 17-MJ-00085-JTM |
| TRAVIS HOWARD WHITE<br>[DOB: 08/09/1992] | **Count One**<br>Production of Child Pornography<br>18 U.S.C. § 2251(a)<br>NLT Fifteen Years Imprisonment,<br>NMT $250,000 Fine, NLT 5 Years Supervised Release,<br>Class A Felony, Plus $100 Special Penalty Assessment |



1. I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

2. Between on or about May 14, 2016, and June 2, 2016, in the Western District of Missouri and elsewhere, the defendant, TRAVIS HOWARD WHITE, knowingly employed, used, persuaded, induced, enticed and coerced a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purposes of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate commerce, and were transported in interstate commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2251(a).

3. I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:

(See attached affidavit.)

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

_____
Signature of Complainant
**Megan Kline, Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__May 10, 2017__ at  Kansas City, Missouri
Date                         City and State

HONORABLE ROBERT E. LARSEN
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer