## AFFIDAVIT

I, Megan Kline, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. This affidavit is in support of a criminal complaint charging **TRAVIS HOWARD WHITE** ("**WHITE**"), with the production of child pornography, in violation of 18 U.S.C. § 2251.

2. The facts and information contained in this affidavit are based in part on my interviews with multiple victims, interviews conducted by agents based in the states where the additional victims are located, evidence recovered from the victims' social media accounts, **WHITE**'s Facebook account, and other various records. Because this affidavit is being submitted for the limited purpose of supporting the criminal complaint, I have not included each and every fact known to me concerning this investigation, but rather have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested complaint.

### Initial Complaint Regarding WHITE

3. On February 2, 2017, I received a tip advising that a 14 year old girl from Kansas, MINOR VICTIM 1, was living with a 24 year old adult male in Independence, Missouri, named **TRAVIS WHITE** ("**WHITE**"). This reporter stated that s/he believed that MINOR VICTIM 1 met **WHITE** online, and that her mother had driven her from Kansas to Missouri to live with **WHITE**.

4. On March 1, 2017, MINOR VICTIM 1 was located and found to be living with **WHITE** at 12817 E. 47th Street, in Independence, Missouri. On this date, I conducted an interview with MINOR VICTIM 1 at the Independence Missouri Police Department station.

5. MINOR VICTIM 1 informed me that she met **WHITE** online in January 2016 when she was 13 years old and living in Kansas. MINOR VICTIM 1 stated that they soon began engaging in a sexually explicit "relationship" which included "sexting" and the exchange of sexually explicit nude photographs and images. MINOR VICTIM 1 further said that, in September 2016, MINOR VICTIM 1's mother was looking to move somewhere new, and MINOR VICTIM 1 suggested Kansas City, Missouri, where **WHITE** was from. MINOR VICTIM's mother agreed to take MINOR VICTIM 1 there, where they met **WHITE** at a hotel. After two or three days, MINOR VICTIM 1's mother returned to Kansas, leaving MINOR VICTIM 1 with **WHITE**.

6. MINOR VICTIM 1 provided consent for me to review her phone. I observed numerous sexually explicit conversations coupled with nude images of both MINOR VICTIM 1 and **WHITE**. MINOR VICTIM 1 was placed in emergency police protective custody.

### WHITE's Admissions Relating to His Sexual Exploitation of MINOR VICTIM 1 and Numerous Other Minor Victims

7. On March 2, 2017, I made contact with **WHITE** at 5804 E. 101st Street, Kansas City, Missouri. **WHITE** admitted that he met MINOR VICTIM 1 online and engaged in sexually explicit conversations with her via the Internet and Internet messaging services, including Facebook Messenger. **WHITE** further admitted to exchanging nude images and videos with MINOR VICTIM 1. **WHITE** further admitted to engaging in sexual activity with MINOR VICTIM 1 at numerous locations within the Kansas City metropolitan area. **WHITE** told me that "I knew I could get myself in trouble for her age and her being around me" and that he knew he could get "locked up" for his activity with MINOR VICTIM 1. **WHITE** provided oral and written consent to me to review his telephone and Facebook account.

8. In addition to MINOR VICTIM 1, **WHITE** admitted to engaging in similar sexual discussions with approximately "50 to 100" other females via Facebook and other means, and that a number of them were underage. To date, I have personally identified approximately a dozen underage females that **WHITE** has engaged in sexually explicit chat and online communications with, to include the receipt of child pornography (in violation of 18 U.S.C. § 2252) and the transfer of obscene material to a minor (in violation of 18 U.S.C. § 1470).

9. **WHITE** was arrested on March 3, 2017, and charged with statutory rape of a minor.

### WHITE Directed MINOR VICTIM 1 to Produce Child Pornography

10. I observed numerous Facebook messages between **WHITE** and MINOR VICTIM 1 beginning in early February 2016. On February 5, 2016, the first day they appeared to begin chatting via Facebook Messenger, MINOR VICTIM 1 informs **WHITE** that she is 13. Their conversations were immediately of a sexual nature. For example, on February 8, 2016, **WHITE** sent a message to MINOR VICTIM 1, writing, "yes maybe if you show me you more later you can watch me cum again." MINOR VICTIM 1 responds, "I have to be careful...School computer."

11. On May 14, 2016, **WHITE** engages MINOR VICTIM 1 in sexually explicit chatting. In the course of these communications, **WHITE** writes, "can i see you fingering your pussy," and MINOR VICTIM 1 replies, "Yeah hang on." **WHITE** writes, "okay mommy," and MINOR VICTIM 1 responds by sending, to **WHITE**, an image of her digitally penetrating her vagina.

3

12. On June 2, 2016, **WHITE** engages MINOR VICTIM 1 in sexually explicit chatting. In the course of these communications, **WHITE** writes, "Did you take pics mommy," and MINOR VICTIM 1 responds, "I'm fixing to." **WHITE** directs MINOR VICTIM 1 which sorts of pictures to take, and what sort of activity to engage in, and MINOR VICTIM 1 complies. On or about this same date, at **WHITE**'s direction, MINOR VICTIM 1 produces four (4) visual depictions of her engaged in sexually explicit conduct, and sends these to **WHITE** in the course of their sexually explicit conversations. **WHITE**, in turn, sends to MINOR VICTIM 1 a nude image of himself focused on his erect penis.

13. Two days later, on or about June 4 and June 5, 2016, **WHITE** engages MINOR VICTIM 1 in sexually explicit chatting. In the course of these communications, **WHITE** sends MINOR VICTIM 1 approximately three dozen images depicting horses and dogs engaged in the sexually explicit abuse of females of varying and indeterminate age.

### Criminal Statutes

14. The crime of production of child pornography is found under 18 U.S.C. § 2251(a), which states:

> Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

## Background of the Affiant

15. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since May 2012. I am currently assigned to Violent Crimes Against Children/Human Trafficking Squad. Prior to that, I was assigned to the International Terrorism Squad where I conducted investigations related to threats against national security to include but not limited to ISIS and AQAP.

Special Agent Megan Kline
Federal Bureau of Investigation

Subscribed and sworn to before me this 10th day of May 2017.

Honorable Robert E. Larsen
United States Magistrate Judge
Western District of Missouri