Jan. 23, 2019
9515 Ash Avenue
Kansas City, MO 64134

RE: Travis White

Mr. Travis Poindexter
818 Grand Blvd.
Kansas City, MO 64106

Dear Mr. Poindexter,
   I am a member of the church that Travis White was a member of for several years. Travis was always alone and had to come to church on a skate board, regardless of weather conditions. He was there for services but also to help with anything that was needed. Our church, St. Luke's United Methodist, is an aging population and Travis would set up or take down tables, wash dishes and when we volunteered to help clean up and paint a close-by school, Travis was there. He went on youth work trips with the group also. I have been on dozens of trips with youth from several groups (I am the cook) and Travis is the ONLY kid that ever got up to help me get breakfast willingly. He has stayed in our home several times when it was bad weather and he could not get around on his skate board to come to youth activities. In all that time, I never saw a parent, grandmother (with whom he lived), nor anyone else that cared about him.
   I don't know how much you know about his background. Both of his parents were in prison at some time and his father died in prison. Travis organized a funeral for him at St. Luke's. He did not start to school until he should have been in 3rd grade. Travis is one of those kids that never had a chance in the world of amounting to anything in life but our church family loved him and tried to give him love and attention that he didn't have.
   I know that none of this negates what he did but before he is sentenced to 15 or 30 years in prison, I would like for the people that are sentencing him to know how very little "up-bringing" he had. He has learned his lesson and is trying to learn every (good) thing he can while he is imprisoned. He wants to be able to pass his GED when he gets out and wants to learn to read music
   If you think it would help for someone to speak on his behalf at his sentencing, I would be glad to do so. I am a Registered Medical Technologist,

and teach on the college level so I have experience in public speaking so I think I can speak on his behalf honestly and clearly. He has also given me his sentencing date and there will probably be several folks from St. Luke's that will attend that.

I would appreciate it if you would consider my idea and let me know your opinion on this.

Yours truly,

*Barbara Bruns*

Barbara Bruns, MT (ASCP)